UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joey Eduardo Ayala**                    **Docket No. 5:19-CR-473-1D**

**Petition for Action on Supervised Release**

COMES NOW Cornelius Jordan Hagins, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joey Eduardo Ayala, who, upon an earlier plea of guilty to Count 4- Distribution of 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), Count 10-Possession With the Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D), and Count 11-- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 21 U.S.C. § 924(c) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 15, 2020, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Joey Eduardo Ayala was released from custody on July 16, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Mindy L. Threlkeld                    /s/ C. Jordan Hagins
Mindy L. Threlkeld                        C. Jordan Hagins
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Rowan Street, Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2533
                                          Executed On: March 5, 2026

**ORDER OF THE COURT**

Considered and ordered this _____6_____ day of __March_____, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge